STATE OF NEW JERSEY v. KEVIN JOHNSON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN CALLENDER.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY SMITH.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE WILSON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN F. MILLER.

April 26, 1988.

Petition for certification denied.